UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

ACO-106-E

Nos. 24-1820 & 24-1821

Bristol Myers Sqibb Co,
        Appellant

v.

Secretary United States Department of Health and Human Services;
Administrator Centers for Medicare Medicaid Services;
United States Department of Health and Human Services; Centers for Medicare Medicaid Services; Ananda v. Burra

(D.N.J. No. 3-23-cv-03335)

Janssen Pharmaceuticals, Inc.,
        Appellant

v.

Secretary United States Department of Health and Human Services;
Administrator Centers for Medicare Medicaid Services;
United States Department of Health and Human Services; Centers for Medicare Medicaid Services; Ananda v. Burra

(D.N.J. No. 3-23-cv-03818)

Present: MONTGOMERY-REEVES, Circuit Judge

1. Unopposed Motion to Expedite briefing, argument, and disposition with the following briefing schedule:

    Appellants' Opening Brief due July 12, 2024
    Government's Response Brief due September 9, 2024
    Appellants' Reply Brief due October 2, 2024

            Respectfully,
            Clerk/sb

_____ORDER_____

The foregoing unopposed motion to expedite the appeal with proposed briefing schedule is GRANTED.

By the Court,

<u>s/ Tamika R. Montgomery-Reeves</u>
Circuit Judge

Dated: May 23, 2024
Lmr/cc: All Counsel of Record