

**U.S. Department of Justice**
Civil Division, Appellate Staff
950 Pennsylvania Ave NW
Washington, DC 20530

Tel: (202) 514-5091

July 11, 2025

VIA CM/ECF

Office of the Clerk
U.S. Court of Appeals for the Third Circuit
21400 U.S. Courthouse
Philadelphia, PA 19106-1790

      RE:    *Logic Technology Development LLC v. FDA*, No. 22-3030;
                *Logic Technology Development LLC v. FDA*, No. 22-1750;
                *Janssen Pharmaceuticals Inc v. HHS*, No. 24-1821;
                *Bristol Myers Squibb Co. v. HHS*, No. 24-1820;
                *Novo Nordisk Inc. v. HHS*, No. 24-2510;
                *Novartis Pharmaceuticals Corp. v. HHS*, No. 24-2968

Dear Clerk:

    I respectfully request leave to withdraw as counsel for the government in these cases, as I will no longer be employed by the U.S. Department of Justice as of July 13, 2025. I therefore respectfully request that my appearance be removed from the dockets and that my name be removed from the ECF distribution lists. Other Department of Justice attorneys will continue to represent the United States in these cases.

                             Sincerely,

                             */s/ Catherine Padhi*
                             Catherine Padhi

CC (via CM/ECF): all counsel of record